UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 15-29341-RBR |
|---|---|---|
| | § | |
| LAWRENCE D. CARRERO | § | |
| LESLIE CARRERO | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>10/31/2015</u>. The undersigned trustee was appointed on <u>10/31/2015</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                              $35,028.59

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $574.92 |
    | Bank service fees | $308.67 |
    | Other Payments to creditors | $7,932.99 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $26,212.01 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/17/2016 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,252.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,252.86, for a total compensation of $4,252.86$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $315.96, for total expenses of $315.96.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2016           By: /s/ Sonya L. Salkin
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 12/14/2016 | §341(a) Meeting Date: | 12/09/2015 |
| | | Claims Bar Date: | 03/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence (Single Family Home)  Location: 6121 SW 57th Place, Davie FL 33314 | $600,000.00 | $0.00 | | $0.00 | FA |
| 2 | Investment (Single Family Home)  Location: 7071 Tyler Street, Hollywood FL 33024 | $200,000.00 | $0.00 | | $0.00 | FA |
| 3 | (Condominium Unit) Location: 2059 Dixie Belle Drive, Apt. P, Orlando, FL 32812 Spouse holds 1/3 interest as a joint tenant with right of survivorship along with David Finley and Linda Hamel Finley Property encumbered by two mortgages in the combined amount of $155,296.38 with an estimated fair market value of $69,500.00 | $22,935.00 | $0.00 | | $0.00 | FA |
| 4 | Wells Fargo Bank - Essential Checking Account No. xxxxxxxxx4394 | $663.00 | $0.00 | | $4,196.59 | FA |
| 5 | Wells Fargo Bank - Way2Save Savings Account No. xxxxxxxxx3972 | $182.00 | $0.00 | | $0.00 | FA |
| 6 | Security Deposit with Donald L. Mosley (Business Commercial Lease) in the amount of $6,164.80 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Four (4) used sofas, two (2) used televisions, used TV cabinet, used personal computer, used printer, used video game system, used end tables, used sofa tables, used dining table with chairs, used refrigerator/freezer, used stove, used microwave, used dishwasher, used washing machine, used clothes dryer, used dishes, used flatware, used pots, used pans, used cookware, two (2) used beds, used dressers, used nightstands, used cellular telephones | $3,450.00 | $0.00 | | $0.00 | FA |
| 8 | Family pictures (no inherent value) | $0.00 | $0.00 | | $0.00 | FA |

Page No: 2

Case 15-29341-RBR    Doc 134    Filed 01/19/17    Page 4 of 14

**FORM 1**

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 12/14/2016 | §341(a) Meeting Date: | 12/09/2015 |
| | | Claims Bar Date: | 03/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 9  Used necessary wearing apparel, shoes, accessories | $400.00 | $0.00 | | $0.00 | FA |
| 10  Athenian Private Client Group Term Life Insurance Policy No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 11  MetLife Term Life Insurance Policy No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 12  Florida Prepaid College Board 2+2 Tuition Plan, Account No. xxxxxx2757 Beneficiary: Debtor's minor child | $8,328.30 | $0.00 | | $0.00 | FA |
| 13  RPSS (Oppenheimer Funds) IRA | $5,976.70 | $0.00 | | $0.00 | FA |
| 14  100% Interest in LC Management, LLC DBA Broward Pawn & Gun Assets of the LLC include: a. Wells Fargo Bank - Simple Business Checking Account No. xxxxxxxxx9581, $2,681.00 b. Inventory List attached hereto as "Exhibit A", $26205.00 | $28,886.00 | $0.00 | | $4,020.00 | FA |
| 15  Class Action Cause of Action (Class Representative) in FDCPA claim in case No. 11-CV- 62439-KMW, Leslie Carrero et al v. LVNV Funding, LLC et al filed in the U.S. District Court for the Southern District of Florida. Debtor's interest in case is $1,000.00. Attorney for Plaintiff/Class: Scott D. Owens, P.A., 844-736-5342 | $1,000.00 | Unknown | | $0.00 | FA |
| 16  2010 Cadillac SRX Luxury (55,000 Miles) Good Condition VIN: 3GYFNAEY3AS612892 | $15,892.00 | $0.00 | | $10,500.00 | FA |
| **Asset Notes:** turned over to Trustee for sale by the estate-Proof of insurance provided ||||||
| 17  (LEASED VEHICLE) 2015 Lexus IS250 (5,000 Miles) Excellent Condition VIN: JTHBF1D25F5059743 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Proof of insurance provided ||||||
| 18  2007 Chrysler 300C (30,000 Miles) Fair Condition VIN: 2C3KA63H87H813705 | $10,008.00 | $0.00 | | $8,100.00 | FA |
| **Asset Notes:** turned over to the trustee for sale by the estate- Proof of insurance provided ||||||

# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
#### ASSET CASES

Page No: 3
Exhibit A

| Case No.: | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 12/14/2016 | §341(a) Meeting Date: | 12/09/2015 |
| | | Claims Bar Date: | 03/17/2016 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 | 1967 Buick Electra - Poor Condition Vin: 484397H213052 | $500.00 | $2,500.00 | | $2,500.00 | FA |
| Asset Notes: | Proof of insurance provided | | | | | |
| 20 | Family Pets: Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 2015 Income Tax refund (u) | $0.00 | $2,500.00 | | $5,712.00 | FA |
| Asset Notes: | estimated value. | | | | | |

**TOTALS (Excluding unknown value)**                                                               **Gross Value of Remaining Assets**
$898,221.00       $5,000.00                                                    $35,028.59        $0.00

**Major Activities affecting case closing:**

1. Trustee administering 2 vehicles- 2010 Cadillac SRX and 2007 Chrysler 300. Both cars were turned over to Trustee for sale by the estate. Trustee retaining counsel to evaluate the pawn shop assets and possible transfers and missing inventory. Claims for transfers settled. Awaiting turnover of the 2015 income tax refund and then case will be ready to close. 9/23/16 (SLS)

2. Claims Bar Date: 3/17/2016; seven claims reviewed. no objections needed. SLS

3. Tax return in process by Kapila.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/09/2017 | /s/ SONYA L. SALKIN | |
| **Current Projected Date Of Final Report (TFR):** | | SONYA L. SALKIN | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7319 | Checking Acct #: | ******0928 |
| Co-Debtor Taxpayer ID #: | **-***7320 | Account Title: | |
| For Period Beginning: | 10/31/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 12/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2016 | | NATIONAL AUCTION COMPANY | PROCEEDS FROM SALE OF 2010 CADILLAC srx AND 2007 CHRYSLER 300c | * | $18,600.00 | | $18,600.00 |
| | {16} | | $10,500.00 | 1129-000 | | | $18,600.00 |
| | {18} | | $8,100.00 | 1129-000 | | | $18,600.00 |
| 02/19/2016 | (14) | NATIONAL AUCTION COMPANY INC | AUCTION PROCEEDS FROM PAWN SHOP PURSUANT TO NOTICE OF SALE DATED (CP     ) | 1129-000 | $4,020.00 | | $22,620.00 |
| 02/26/2016 | 1001 | ALLY BANK | PAYMENT OF LIEN ON 2010 CADILLAC PURSUANT TO ORDER DATED 2/10/16 | 4210-000 | | $5,932.99 | $16,687.01 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.14 | $16,671.87 |
| 03/07/2016 | 1002 | MR SHARPIES LOCKSMITH | PAYMENT FOR SERVICES RENDERED PURSUANT TO ORDERED DATED 3/4/16 (CP 84) | 2420-000 | | $404.92 | $16,266.95 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.28 | $16,237.67 |
| 04/11/2016 | 1003 | OUELLETTE & MAULDIN | PAYMENT OF COURT REPORTER COSTS PURSUANT TO ADMIN ORDER 2016-1A | 2990-000 | | $170.00 | $16,067.67 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.14 | $16,042.53 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.81 | $16,016.72 |
| 06/15/2016 | (19) | JAZMINE MALDONADO | PAYMENT IN FULL OF SETTLEMENT ON BUICK PER ORDER DATED 6/6/16 ( CP114) | 1129-000 | $2,500.00 | | $18,516.72 |
| 06/17/2016 | (4) | WELLS FARGO BANK | TURNOVER OF BANK BALANCE FROM PAWN SHOP PER DEMAND LETTER | 1129-000 | $4,196.59 | | $22,713.31 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.27 | $22,684.04 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.50 | $22,647.54 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.44 | $22,611.10 |
| 09/09/2016 | 1004 | Readycap Lending, LLC | payment of lien pursuant to order dated 2/12/16 (CP 72) | 7100-000 | | $2,000.00 | $20,611.10 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.55 | $20,577.55 |
| 10/19/2016 | (21) | UNITED STATES TREASURY | TURNOVER OF 2015 INCOME TAX REFUND BY DEBTOR PURSUANT TO ORDER DATED 6/6/16 (CP 114) | 1224-000 | $5,712.00 | | $26,289.55 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.66 | $26,252.89 |
| | | | SUBTOTALS | | $35,028.59 | $8,775.70 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7319 | Checking Acct #: | ******0928 |
| Co-Debtor Taxpayer ID #: | **-***7320 | Account Title: | |
| For Period Beginning: | 10/31/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 12/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.88 | $26,212.01 |
| | | | TOTALS: | | $35,028.59 | $8,816.58 | $26,212.01 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $35,028.59 | $8,816.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $35,028.59 | $8,816.58 | |

| For the period of 10/31/2015 to 12/14/2016 | | For the entire history of the account between 02/12/2016 to 12/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $35,028.59 | Total Compensable Receipts: | $35,028.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,028.59 | Total Comp/Non Comp Receipts: | $35,028.59 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,816.58 | Total Compensable Disbursements: | $8,816.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,816.58 | Total Comp/Non Comp Disbursements: | $8,816.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3       Exhibit B

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29341-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7319 | Checking Acct #: | ******0928 |
| Co-Debtor Taxpayer ID #: | **-***7320 | Account Title: | |
| For Period Beginning: | 10/31/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 12/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $35,028.59 | $8,816.58 | $26,212.01 |

**For the period of 10/31/2015 to 12/14/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $35,028.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,028.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,816.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,816.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2015 to 12/14/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $35,028.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,028.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,816.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,816.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA L. SALKIN

SONYA L. SALKIN

CLAIM ANALYSIS REPORT

| Case No.: | 15-29341-RBR | | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | | | Date: | 12/14/2016 |
| Claims Bar Date: | 03/17/2016 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SONYA L. SALKIN<br><br>P.O. Box 15580<br>Plantation FL 33318 | 01/11/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $315.96 | $315.96 | $0.00 | $0.00 | $0.00 | $315.96 |
| | SALKIN LAW FIRM<br><br>P.O. Box 15580<br>Plantation FL 33318 | 12/06/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $13,500.00 | $13,500.00 | $0.00 | $0.00 | $0.00 | $13,500.00 |
| **Claim Notes:** | CP 125 | | | | | | | | | | | |
| | SALKIN LAW FIRM<br><br>P.O. Box 15580<br>Plantation FL 33318 | 12/06/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $292.14 | $292.14 | $0.00 | $0.00 | $0.00 | $292.14 |
| **Claim Notes:** | CP 125 | | | | | | | | | | | |
| | KAPILA MUKAMAL<br><br>1000 S Federal Hwy #200<br>Fort Lauderdale FL 33316 | 12/06/2016 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $3,806.20 | $3,806.20 | $0.00 | $0.00 | $0.00 | $3,806.20 |
| **Claim Notes:** | CP 132 | | | | | | | | | | | |
| | KAPILA MUKAMAL<br><br>1000 S Federal Hwy #200<br>Fort Lauderdale FL 33316 | 12/06/2016 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $61.12 | $61.12 | $0.00 | $0.00 | $0.00 | $61.12 |
| **Claim Notes:** | CP 132 | | | | | | | | | | | |
| | SONYA L. SALKIN<br><br>P.O. Box 15580<br>Plantation FL 33318 | 12/06/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,252.86 | $4,252.86 | $0.00 | $0.00 | $0.00 | $4,252.86 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 12/21/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,610.52 | $3,610.52 | $0.00 | $0.00 | $0.00 | $3,610.52 |

# CLAIM ANALYSIS REPORT

| Case No. | 15-29341-RBR | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|
| Case Name: | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | | Date: | 12/14/2016 |
| Claims Bar Date: | 03/17/2016 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 12/21/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,287.35 | $6,287.35 | $0.00 | $0.00 | $0.00 | $6,287.35 |
| 3 | READYCAP LENDING, LLC<br>c/o Frank P. Delia, Esq.<br>Kubicki Draper, PA<br>515 North Flagler Drive, #1800<br>West Palm Beach FL 33401 | 01/04/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $213,662.07 | $213,662.07 | $2,000.00 | $0.00 | $0.00 | $211,662.07 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | 01/11/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $341.55 | $341.55 | $0.00 | $0.00 | $0.00 | $341.55 |
| 5 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 01/13/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $572.21 | $572.21 | $0.00 | $0.00 | $0.00 | $572.21 |
| 6 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 02/09/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $282.99 | $282.99 | $0.00 | $0.00 | $0.00 | $282.99 |
| 7 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND<br>assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 03/07/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $43.79 | $43.79 | $0.00 | $0.00 | $0.00 | $43.79 |
| | | | | | | | $247,028.76 | $247,028.76 | $2,000.00 | $0.00 | $0.00 | $245,028.76 |

**CLAIM ANALYSIS REPORT**

Page No: 3          Exhibit C

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-29341-RBR | | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | CARRERO, LAWRENCE D. AND CARRERO, LESLIE | | **Date:** | 12/14/2016 |
| **Claims Bar Date:** | 03/17/2016 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $61.12 | $61.12 | $0.00 | $0.00 | $0.00 | $61.12 |
| Accountant for Trustee Fees (Other Firm) | $3,806.20 | $3,806.20 | $0.00 | $0.00 | $0.00 | $3,806.20 |
| Attorney for Trustee Expenses (Trustee Firm) | $292.14 | $292.14 | $0.00 | $0.00 | $0.00 | $292.14 |
| Attorney for Trustee Fees (Trustee Firm) | $13,500.00 | $13,500.00 | $0.00 | $0.00 | $0.00 | $13,500.00 |
| General Unsecured § 726(a)(2) | $224,800.48 | $224,800.48 | $2,000.00 | $0.00 | $0.00 | $222,800.48 |
| Trustee Compensation | $4,252.86 | $4,252.86 | $0.00 | $0.00 | $0.00 | $4,252.86 |
| Trustee Expenses | $315.96 | $315.96 | $0.00 | $0.00 | $0.00 | $315.96 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-29341-RBR
Case Name:      LAWRENCE D. CARRERO
                LESLIE CARRERO
Trustee Name:   Sonya L. Salkin

Balance on hand:     $26,212.01

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $26,212.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Sonya L. Salkin, Trustee Fees | $4,252.86 | $0.00 | $4,252.86 |
| Sonya L. Salkin, Trustee Expenses | $315.96 | $0.00 | $315.96 |
| Salkin Law Firm, Attorney for Trustee Fees | $13,500.00 | $0.00 | $13,500.00 |
| Salkin Law Firm, Attorney for Trustee Expenses | $292.14 | $0.00 | $292.14 |
| Kapila Mukamal, Accountant for Trustee Fees | $3,806.20 | $0.00 | $3,806.20 |
| Kapila Mukamal, Accountant for Trustee Expenses | $61.12 | $0.00 | $61.12 |

Total to be paid for chapter 7 administrative expenses:     $22,228.28
Remaining balance:     $3,983.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,983.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,983.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $224,800.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $3,610.52 | $0.00 | $96.10 |
| 2 | Discover Bank | $6,287.35 | $0.00 | $167.36 |
| 3 | Readycap Lending, LLC | $213,662.07 | $2,000.00 | $3,687.25 |
| 4 | American InfoSource LP as agent for | $341.55 | $0.00 | $9.09 |
| 5 | American Express Bank FSB | $572.21 | $0.00 | $15.23 |
| 6 | Capital One NA | $282.99 | $0.00 | $7.53 |
| 7 | Ashley Funding Services, LLC its successors and | $43.79 | $0.00 | $1.17 |

|  | Total to be paid to timely general unsecured claims: | $3,983.73 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**